**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CHAY T. WRIGHT,

               Petitioner

             v.

THE HONORABLE JUDGE TINA
POLACHEK GARTLEY,

             Respondent

:  No. 118 MM 2023
:
:
:
:
:
:
:
:
:
:
:
:
:
:

**<u>ORDER</u>**

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2024, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.